## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 24-MJ-25-1 |
| | : | |
| **LEONARD DARNELL SHORT,** | : | VIOLATIONS: |
| | : | 21 U.S.C. § 846 |
| Defendant. | : | (Conspiracy to Distribute and Possess |
| | : | with Intent to Distribute a Mixture and |
| | : | Substance Containing a Detectable |
| | : | Amount of Fentanyl) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. § 853(a) and (p) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

From on or about August 2023 through November 2023, within the District of Columbia and elsewhere, **LEONARD DARNELL SHORT**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Fentanyl**, in violation of Title 21, United States Code, Section 846)

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of this offense; and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of this offense. The United States will also seek forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

BY: _____/s/_____
ANDREA DUVALL
Assistant United States Attorney
AR Bar No. 2013114
Violence Reduction & Trafficking Offenses Section
601 D Street, NW, Room 5.222
Washington, DC 20530
(202) 252-2408
andrea.duvall@usdoj.gov